UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
M.N., *individually, and on behalf of her child, N.V., a minor*, :
:
:
Plaintiff, : 24-CV-2887 (JMF)
:
-v- : ORDER
:
NEW YORK CITY DEPARTMENT OF EDUCATION :
et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendants' counsel disclosed that the Department of Education has authorized payment pursuant to the Findings of Fact and Decision issued in this case. The parties shall file a joint status letter by **May 24, 2024**, confirming whether payment has been received and whether that portion of this matter is moot. The letter should also propose deadlines for issues pertaining to attorney's fees in this matter, including a deadline for the disclosure of billing records and deadlines for any motion practice.

- Defendants' deadline to respond to the Complaint is hereby extended to **June 7, 2024.**

SO ORDERED.

Dated: May 10, 2024
      New York, New York

_____
JESSE M. FURMAN
United States District Judge